Commonwealth ex rel. Zupnyk, Appellant, *v.* Myers.

Submitted December 14, 1964. *William G. Zupnyk,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth *v.* Fenstermaker, Appellant.

Argued December 15, 1964. *E. Jerome Brose,* with him *Danser, Brose & Poswistilo,* for appellant; *Elwood M. Malos,* Assistant District Attorney, with him *Bernard V. O'Hare, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.